UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEC FINANCIAL SERVICES, LLC<br><br>                                  Plaintiff,<br><br>- against -<br><br>FITNESS GENOME, INC. and JAMES CRAIG a/k/a JAMES CHRISTOPHER CRAIG, individually<br><br>                                  Defendants. | Case No.: 2:24-cv-4504<br><br>**CIVIL ACTION**<br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

**PLEASE TAKE NOTICE**, that, upon the annexed Affirmation of Michael F.J. Romano, Esq., dated February 26, 2025, the annexed Declaration of Samuel Enad, sworn to February 25, 2025, and the exhibits annexed thereto; and the accompanying Memorandum of Law, dated February 26, 2025; and upon all prior pleadings and proceedings had herein, Plaintiff, NEC Financial Services, LLC ("Plaintiff" and/or "NECFS"), will move this Court, for an Order:

    (i)     pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, granting Plaintiff a judgment by default against Defendants, Fitness Genome, Inc. ("Fitness Genome") and James Craig a/k/a James Christopher Craig, individually ("James Craig"), on the First and Third Counts asserted in Plaintiff's Complaint, dated June 26, 2024 (ECF Doc. No. 1);

    (ii)    pursuant to 28 U.S.C. §1961, awarding Plaintiff post-judgment interest; and

    (iii)   for such other and further relief as the Court deems proper and just.

Dated: February 26, 2025

                                                **ROMANO, GARUBO & ARGENTIERI**
                                                **COUNSELORS AT LAW, LLC**
                                                Attorneys for Plaintiff

                  By:     */s/ Michael F.J. Romano, Esq.*
                            Michael F.J. Romano
                            Evan J. Salan
                            52 Newton Avenue
                            P.O. Box 456
                            Woodbury, New Jersey 08096

To: Fitness Genome, Inc.
118 South Marshall Street – Suite 2
Henderson, TX 75654

James Craig a/k/a James Christopher Craig
118 South Marshall Street – Suite 2
Henderson, TX 75654